**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| TROY HARVEY, | : | Case No. 3:26-cv-00014 |
| | : | |
|     Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| CITY OF TROY, OHIO, *et al.*, | : | |
| | : | |
|     Defendants. | : | |

---

**ORDER**

---

Pending before the Court is Plaintiff's motion to stay this case pending completion of proceedings in the Ohio Civil Rights Commission (OCRC). (Doc. No. 7.) Plaintiff asserts that he filed a Charge of Discrimination in the OCRC based on the conduct described in the Complaint. (*Id.* at PageID 30.) As the Complaint has not yet been formally screened, no defendants have yet been served, and no responses to the motion have been filed. No other information about the OCRC proceeding has been provided.

It may be appropriate to stay this case or to abstain from hearing it.[1] Plaintiff is **ORDERED** to file a Status Report providing additional information about the OCRC proceedings and their current status. He shall file the Status Report by **April 28, 2026**.

    **IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

---

[1] *See generally Peebles v. Univ. of Dayton*, 412 F. Supp. 2d 814, 816 (S.D. Ohio 2005) (quoting *New Orleans Public Service, Inc., v. City of New Orleans,* 491 U.S. 350, 370 (1989) ("the Supreme Court requires federal courts to abstain from interfering in pending state administrative proceedings that are 'judicial in nature.'"); *Colbert v. Towne Props., Inc.*, No. 1:12-cv-952, 2013 WL 1438017, at *4 (S.D. Ohio Apr. 9, 2013) (discussing "whether to dismiss Plaintiff's complaint without prejudice or stay the matter pending resolution of the state proceeding").